1  SMITH, SILBAR & PARKER, LLP
   Keith M. Parker, Bar No. 107693
2  19100 Von Karman Avenue, Suite 400
   Irvine, California 92612
3
   Telephone: (949) 263-8066
4  Facsimile: (949) 263-8073

5  Attorneys for Defendants
   LIFE INSURANCE COMPANY OF NORTH AMERICA
6  and THE LONG TERM DISABILITY INCOME PLAN
   OF KYOCERA INTERNATIONAL, INC.

7

8                   UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10

11 | RENEE ARGES,                          ) Case No. 06 CV 1216 JM CAB
                                           )
12 |         Plaintiff,                    )
                                           )
13 | vs.                                   ) **STIPULATION AND REQUEST FOR**
                                           ) **DISMISSAL WITH PREJUDICE; ORDER**
14 |                                       )
   | CIGNA CORPORATION dba CIGNA GROUP     )
15 | INSURANCE; LIFE INSURANCE COMPANY     )
   | OF NORTH AMERICA; TRUSTEE OF THE      )
16 | GROUP INSURANCE TRUST FOR             )
17 | EMPLOYERS IN THE MANUFACTURING        )
   | INDUSTRY; KYOCERA WIRELESS            )
18 | CORPORATION EMPLOYEES LONG TERM       )
   | DISABILITY PLAN,                      )
19 |                                       )
   |         Defendants.                   )
20 |_____)

21

22       IT IS HEREBY STIPULATED by and between Plaintiff Renee

23 Arges and Defendants Life Insurance Company of North America and The

24 Long Term Disability Plan of Kyocera International, Inc. (erroneously

25 named herein as Kyocera Wireless Corporation Employees Long Term

26 Disability Plan), by and through their respective counsel of record,

27 that the Court may enter an order herein as follows:

28

FILED
2006 OCT 25 AM 8:49
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY
ORIGINAL



1.  That the complaint herein and the claims for relief set forth therein are hereby dismissed with prejudice.

2.  That each party will bear its own costs and attorneys' fees.

DATED: October 16, 2006          SMITH, SILBAR & PARKER, LLP

By /s/ Keith M. Parker
Keith M. Parker
Attorneys for Defendants LIFE
INSURANCE COMPANY OF NORTH
AMERICA and THE LONG TERM
DISABILITY PLAN OF KYOCERA
INTERNATIONAL, INC.

DATED: October 0, 2006          GEORGE L. DE LA FLOR, APC

By /s/ George L. de la Flor
George L. de la Flor
Attorneys for Plaintiff RENEE
ARGES

**O R D E R**

IT IS SO ORDERED.

Dated: 10/24/06          /s/ Jeffrey T. Miller
Jeffrey T. Miller
United States District Judge